ALZ N.V., PLAINTIFF, v. UNITED STATES, DEFENDANT, AND ZANES-VILLE ARMCO INDEPENDENT ORGANIZATION, *et al.*, DEFENDANT-INTERVENORS.

Court No.: 01–00834

## JUDGMENT ORDER

WALLACH, *Judge*: Upon consideration of the Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand ("Remand Determination"), filed pursuant to this court's decision and order in *ALZ N.V. v. United States*, Slip Op. 03–81 (July 11, 2003); the parties having filed no comments contesting Commerce's Remand Determination; the court having reviewed Commerce's Remand Determination and all pleadings and papers on file herein, and good cause appearing therefore, it is hereby

ORDERED that Commerce's Remand Determination is in accordance with this court's Remand Order of July 11, 2003; and it is further

ORDERED that Commerce's Remand Determination is sustained.